JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALFREDO ROMO DIMAS, IGNACIO ROMO DIMAS, JUAN LUIS ROMO DIMAS, ROGELIO ROMO DIMAS, GUILLERMO ROMO DIMAS, GILBERTO ROMO DIMAS, <br><br> Plaintiffs, <br><br> -vs.- <br><br> FAVIAN TAPIA MATILDE, DELIA TAPIA, <br><br> Defendants. | No. CV 13-08840 DDP (ASx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |
|---|---|

The Court having granted the Motion for Summary Judgment of Plaintiffs Alfredo Romo Dimas, Ignacio Romo Dimas, Juan Luis Romo Dimas, Rogelio Romo Dimas, Guillermo Romo Dimas and Gilberto Romo Dimas,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

I.   JUDGMENT

1.   Judgment is hereby entered against Defendants Favian Tapia Matilde

and Delia Tapia in favor of Plaintiffs Alfredo Romo Dimas, Ignacio Romo Dimas, Juan Luis Romo Dimas, Rogelio Romo Dimas, Guillermo Romo Dimas, Gilberto Romo Dimas on Plaintiffs' claims of federal trademark infringement and cancellation of Defendants' trademark registration.

## II. CANCELLATION OF REGISTRATION

2.   It is ordered, adjudged and decreed that Registration No. 3,797,278 of the trademark EL ROMANTICO SAMURAY before the United States Patent and Trademark Office be, and hereby is, cancelled.  The Clerk shall notify the United States Patent and Trademark Office of the Court's order.

## III. PERMANENT INJUNCTION

3.   Defendants Favian Tapia Matilde, Delia Tapia and their respective officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with any of the aforementioned persons who receive actual notice of this Judgment of Permanent Injunction by personal service or otherwise are hereby permanently ENJOINED and RESTRAINED from using the service mark SAMURAY, or any confusingly similar or colorable imitation of the mark, including without limitation the term EL ROMANTICO SAMURAY, in any manner in connection with the sale, advertising, offering, announcing or promotion of musical services, such as live performances of a musical group, or products, such as phonograph records, CDs, DVDs or their digital counterparts.

## IV. IMPOUNDMENT AND DESTRUCTION

4.   Defendants Favian Tapia Matilde, Delia Tapia and their respective officers, agents, servants, employees, and all persons in active concert or participation with Defendants who receive actual notice of this order by personal service or otherwise, are hereby ordered to remove and destroy all promotional literature, advertising, goods and other materials relating to the use of the term SAMURAY or EL ROMANTICO SAMURAY on or in connection with such advertising, goods or other materials within seven (7) days following receipt of such

actual notice of this order, and to provide plaintiff's counsel with evidence of such removal and destruction within the same seven (7) day period following receipt of such actual notice.

5. Violation of the permanent injunction herein by any person enjoined herein shall constitute contempt of court, and plaintiffs may seek to recover reasonable attorney's fees and costs expended in bringing a contempt motion.

IV. FEES, COSTS AND RETENTION OF JURISDICITON

6. The Court declines to award attorney's fees to Plaintiffs.

7. Plaintiff is awarded costs of suit in an amount to be determined by the Clerk of the Court.

8. The Court shall retain jurisdiction to enforce the permanent injunction included in this judgment.

9. Plaintiff is hereby authorized to engage in post-judgment discovery as necessary to ensure compliance with the Court's Judgment and Permanent Injunction.

IT IS SO ORDERED.

Dated: October 01, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE